**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

DAVID A. DOTY
*Assistant United States Attorney*

401 Market Street, 4th Floor
Camden, NJ 08101
David.Doty@usdoj.gov

main: (856) 757-5026
direct: (856) 605-4905

October 23, 2026

**BY CM/ECF**
Honorable Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Guaman Vargas v. Warden*, No. 2:26-cv-13221-EP**
**Petitioner's Voluntary Dismissal**

Dear Judge Padin:

This Office represents the Respondent in the above-referenced habeas action. In accordance with the Court's Text Order entered on October 23, 2026 (ECF No. 7), we respectfully write to advise that Respondent consents to Petitioner's voluntary dismissal of this action. We would therefore ask that the Court deem this case dismissed without prejudice, lift all temporary restraints, and direct the Clerk to close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 10/27/2026

ROBERT FRAZER
United States Attorney

By: *s/ David A. Doty*
DAVID A. DOTY
Assistant United States Attorney
*Attorneys for Respondent*

cc: Petitioner, *pro se* (by CM/ECF)